IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

STANLEY MCFARLIN, )
)
Plaintiff, )
)
v. ) CASE NO. CV411-108
)
JUDGE JOHN E. MORSE, Superior )
Court of Chatham County; LYNDA )
CALDWELL, Assistant District )
Attorney; and Martin G. )
Hilliard, )
)
Defendants. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which objections have been filed (Doc. 11). However, the Court finds Plaintiff's objections to be without merit. After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation, which is **ADOPTED** as the order of this Court. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**, and the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22nd day of August 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA